**FILED**

JAN 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 12 80 010 MISC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | NO. CV 12 80 0 _____ JW |
| | ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT |
| Mark Lopert Webb - #067959 | |
| _____ / | |

TO: Mark Lopert Webb

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended for 1 year by the Supreme Court of California effective November 18, 2011.

On or before **February 29, 2012** you are ordered to file a written declaration showing any cause why your membership in the bar of this Court should not be suspended until further order of this Court.

If you fail to respond to this Order on or before **February 29, 2012**, you will be suspended from membership without further notice. If you are suspended by this Court and you are restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Rule 11-7(b)(4) of the Civil Local Rules of this Court at that time. The Clerk shall close this file on or after **February 29, 2012**, absent further order of this Court.

Dated: 1/17/12

JAMES WARE
United States District Chief Judge